F. M. WOLFF, Appellant, *v.* OTTO H. KAHN et al., Copartners under the Firm Name of KUHN, LOEB & Co., Respondents.

(Argued May 2, 1929; decided May 28, 1929.)

*Frank Roberson* for appellant.
*John Preston Phillips* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.